# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 19-09779 |
| SUSAN ANN MASON | Chapter 13 |
| | Judge Donald R. Cassling |
| Debtors. | Confirmation hearing: |
| | 6/06/2019 10:00 a.m. |

## ORLAN-BROOK CONDOMINIUM OWNER'S ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED APRIL 4, 2019

Now comes a certain Creditor, ORLAN-BROOK CONDOMINIUM OWNER'S ASSOCIATION, by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed April 4, 2019 states as follows:

1.  Orlan-Brook Condominium Owner's Association is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2.  On May 10, 2019, Orlan-Brook Condominium Owner's Association filed its proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 15712 Orlan Brook Drive, Unit 151, Orland Park, Illinois 60462. (Exhibit "A").

3.  That pursuant to Orlan-Brook Condominium Owner's Association's governing documents, which have been recorded with the Recorder of Deeds of Cook County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Orlan-Brook Condominium Owner's Association.

4. At the time Debtor filed the chapter 13 petition on April 4, 2019, Debtor owed the amount of $2,533.26 for past due assessments, late fees and attorney fees to Orlan-Brook Condominium Owner's Association. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for Orlan-Brook Condominium Owner's Association's secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Orlan-Brook Condominium Owner's Association's lien rights in Debtor's real estate and the proof of claim filed on May 10, 2019, Orlan-Brook Condominium Owner's Association, should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $2,533.26.

7. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to Orlan-Brook Condominium Owner's Association, confirmation of Debtor's April 4, 2019 plan should be denied.

WHEREFORE, Orlan-Brook Condominium Owner's Association prays this court for entry of the attached order denying confirmation of the Debtor's plan filed April 4, 2019, and for any such other and further relief as this court deems just and equitable within the premises.

                                        ORLAN-BROOK CONDOMINIUM
                                        OWNER'S ASSOCIATION

                                        By: _____
                                             Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

2