UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
SUSAN ANN MASON

Debtors.

Case No. 19-09779  
Chapter 13  
Judge Donald R. Cassling

Confirmation hearing:  
6/06/2019 10:00 a.m.

## NOTICE OF FILING

To: See attached Service List.

**PLEASE TAKE NOTICE** that on this 30th day of May 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, ORLAN-BROOK CONDOMINIUM OWNER'S ASSOCIATION's OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED April 4, 2019, a copy of which is attached hereto and served upon you herewith.

_____
Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 30th day of May, 2019.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 30th day of May, 2019.

_____
Notary Public

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

## Service List

Susan Ann Mason
15712 Orlan Brook Drive, Unit 151
Orland Park, Illinois 60462

Christine Kuhlman
Geraci Law L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, Illinois 60603
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)