B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Susan Ann Mason__, Case No. __19-09779__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __10__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __11/14/2019__ (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| Select Portfilio Servicing Inc. | U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust |

| Address of Alleged Transferor: | Address of Transferee: |
|---|---|
| Select Portfolio Servicing, Inc.<br>P.O. Box 65450<br>Salt Lake City, UT 84165-0250 | SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |

~~~DEADLINE TO OBJECT TO TRANSFER~~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**