NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Susan Ann Mason
15712 Orlan Brook Drive
APT# 151
Orland Park, IL 60462
SSN: xxx–xx–5164 EIN: N.A.

Case No. : 19–09779

Chapter :   13
Judge :   Donald R Cassling

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Select Portfolio Servicing, Inc.


Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to US Bank Trust National Association of your claim in the above matter, designated Claim No. 10 .   If no objections are filed by you on or before December 5, 2019 the Court shall substitute US Bank Trust National Association in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.


For the Court,


Dated: November 15, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court